United States District Court
Southern District of Texas
**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONOR PEREZ, *et al.*, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 1:21-CV-187 |
| | § |
| DORA ALICIA GALLEGOS ROMAN d/b/a | § |
| TRANSPORTES BEGA, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

In October 2021, Plaintiffs Leonor Perez and Felipe Varela, Jr. filed suit in Texas state court against Defendant Jose Samuel Gonzalez for negligence and Defendant Dora Alicia Gallegos Roman d/b/a Transportes Bega for negligent entrustment and respondeat superior. (Original Petition, Doc. 1-1) Defendants removed (Notice of Removal, Doc. 1) and now move for partial summary judgment on the negligent entrustment claim. (Partial MSJ, Doc. 24)

The Magistrate Judge recommends that the Motion for Partial Summary Judgment be granted. (R&R, Doc. 35) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 35). It is:

**ORDERED** that the Motion for Partial Summary Judgment (Doc. 24) is **GRANTED**;

**ORDERED** that Plaintiffs Leonor Perez and Felipe Varela, Jr.'s claim for negligent entrustment against Defendant Dora Alicia Gallegos Roman d/b/a Transportes Bega is **DISMISSED WITH PREJUDICE**.

Signed on February 22, 2023.

Fernando Rodriguez, Jr.
United States District Judge

Case 1:21-cv-00187   Document 37   Filed on 02/22/23 in TXSD   Page 2 of 2